B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hawkins, Bruce W.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hawkins, Patricia R.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Aspen Homebuilders, Inc.; DBA Hawkins Properties, LLC; DBA Aspen at Sunset Ridge, LLC; DBA Aspen Hills, LLC; DBA Riverside Square, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1560** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1917** |
| Street Address of Debtor (No. and Street, City, and State):<br>**510 Harper Drive**<br>**Algonquin, IL**<br>ZIP Code **60102** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**510 Harper Drive**<br>**Algonquin, IL**<br>ZIP Code **60102** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | ■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13<br><br>□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>□ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. |  |

Estimated Number of Creditors

| □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| □ | □ | □ | □ | □ | ■ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hawkins, Bruce W.**<br>**Hawkins, Patricia R.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hawkins, Bruce W.**<br>**Hawkins, Patricia R.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Bruce W. Hawkins**

Signature of Debtor  **Bruce W. Hawkins**

X  **/s/ Patricia R. Hawkins**

Signature of Joint Debtor **Patricia R. Hawkins**

Telephone Number (If not represented by attorney)

**January  5, 2009**

Date

### Signature of Attorney*

X  **/s/ Robert R. Benjamin**

Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**

Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**

Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**

Telephone Number

**January  5, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re | **Bruce W. Hawkins**
**Patricia R. Hawkins** | Case No. |

Debtor(s) | Chapter | **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Bruce W. Hawkins**
_____
                        **Bruce W. Hawkins**

Date:    **January  5, 2009**
_____

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Bruce W. Hawkins**        Case No. _____
      **Patricia R. Hawkins**                                         Chapter    **7** _____
                                            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Patricia R. Hawkins**

                                        **Patricia R. Hawkins**

Date:  **January  5, 2009**

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bruce W. Hawkins,**
      **Patricia R. Hawkins**

Case No. _____

                                     , 

                               Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 375,000.00 | | |
| B - Personal Property | Yes | 4 | 198,884.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 448,417.57 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 43,070,179.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,506.00 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | | Total Assets | 573,884.00 | | |
| | | | Total Liabilities | 43,518,597.33 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bruce W. Hawkins,**
  **Patricia R. Hawkins**                                    Case No. _____

_____,          Chapter_____**7**_____
                                    Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Bruce W. Hawkins,**
    **Patricia R. Hawkins**

                         Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **single family**<br>**510 Harper Drive**<br>**Algonquin, IL** | **fee simple** | **J** | **375,000.00** | **374,643.00** |

| | | | |
|---|---|---|---|
| Sub-Total > | **375,000.00** | (Total of this page) |
| Total > | **375,000.00** | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Bruce W. Hawkins,**                                    Case No. _____
       **Patricia R. Hawkins**

                              Debtors ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank checking** | J | 500.00 |
| | | **savings** | J | 20.00 |
| | | **First American checking** | J | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings** | J | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **wearing apparel** | J | 500.00 |
| 7. Furs and jewelry. | | **jewelry** | J | 3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AXA Equitable Life Ins. 3,000,000 term** | H | 0.00 |
| | | **AXA Equitable life Ins. 500,000 whole** | H | 340.00 |
| | | **AXA Equitable Life Ins. 150,000 whole life** | H | 658.00 |
| | | **AXA Stone Bridge Life Ins. 35,000 term** | W | 0.00 |
| | | **AXA Humana Life Ins. term 15,000** | H | 0.00 |

Sub-Total >     **10,023.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bruce W. Hawkins,**                                              Case No. _____
    **Patricia R. Hawkins**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **AXA Equitable Life Ins. 400,000 whole life** | **W** | **1,159.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **AXA Equitable 401(k)** | **H** | **84,430.00** |
| | | **AXA Equitable 401(k)** | **W** | **33,847.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Riverside Square LLC** | **J** | **0.00** |
| | | **Aspen Hills, LLC** | **J** | **0.00** |
| | | **Aspen at Sunset Ridge, LLC**<br>**80% H**<br>**20% W** | **J** | **0.00** |
| | | **Hawkins Properties LLC**<br>**45% H**<br>**45% W** | **J** | **0.00** |
| | | **Aspen Homebuilders, Inc.** | **J** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >                **119,436.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bruce W. Hawkins,**                                      Case No. _____
         **Patricia R. Hawkins**

                                                        ,
                                          Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Estate Velma Clayton Hanson, deceased, Boulder County, Colo DOD:  June 8, 2004** | **W** | **4,000.00** |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Boulder Ridge Country Club Member** | **H** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford Diesel F250** | **J** | **12,000.00** |
| | | **2007 Ford Mustang** | **H** | **23,000.00** |
| 26. Boats, motors, and accessories. | | **Sea Ray Sundeck 24' with trailer** | **J** | **28,825.00** |
| | | **1996 Gehl Skidsteer** | **H** | **1,000.00** |
| | | **2001 Vanguard trailer** | **H** | **100.00** |
| | | **2005 Pace American trailer** | **H** | **500.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >      **69,425.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Bruce W. Hawkins,**                                               Case No. _____
          **Patricia R. Hawkins**
          _____ ,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **198,884.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Bruce W. Hawkins,**                                                    Case No. _____
        **Patricia R. Hawkins**
_____,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **single family** | **735 ILCS 5/12-901** | **30,000.00** | **375,000.00** |
| **510 Harper Drive** | | | |
| **Algonquin, IL** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Citibank** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **checking** | | | |
| | | | |
| **savings** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| | | | |
| **First American** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **checking** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **4,475.00** | **5,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| **wearing apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **jewelry** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **AXA Equitable 401(k)** | **735 ILCS 5/12-704** | **84,430.00** | **84,430.00** |
| | | | |
| **AXA Equitable 401(k)** | **735 ILCS 5/12-704** | **33,847.00** | **33,847.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Ford Mustang** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **23,000.00** |

| | Total: | **161,577.00** | **525,302.00** |
|---|---|---|---|

**0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Bruce W. Hawkins,**
       **Patricia R. Hawkins**

                     Case No. _____

                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **1212730889** | | | | | 1st Mortgage 510 Harper Dr. Algonquin | | | | | |
| **Chase** PO Box 9001871 Louisville, KY | | | J | | | | | | | |
| | | | | | Value $        **375,000.00** | | | | 374,642.00 | 0.00 |
| Account No. **2718870237** | | | | | 2007 Mustang | | | | | |
| **Citizen's Automobile Finance** PO Box 42002 Providence, RI 02940 | | | J | | | | | | | |
| | | | | | Value $        **23,000.00** | | | | 37,864.00 | 14,864.00 |
| Account No. **9901184814** | | | | | 2002 Ford Diesel F250 | | | | | |
| **Harris Bank Barrington** PO Box 6201 Carol Stream, IL 60197 | | | J | | | | | | | |
| | | | | | Value $        **12,000.00** | | | | 6,825.00 | 0.00 |
| Account No. **25-90183879** | | | | | 2006 Sea Ray 24' and trailer | | | | | |
| **North Shore Bk** 15700 W. Bluemound Rd. Brookfield, WI 53005 | | | J | | | | | | | |
| | | | | | Value $        **28,825.00** | | | | 29,086.57 | 261.57 |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 448,417.57      15,125.57 |
| | Total (Report on Summary of Schedules) | 448,417.57      15,125.57 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Bruce W. Hawkins,**                                                    Case No. _____
    **Patricia R. Hawkins**

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Bruce W. Hawkins,**                                                                    Case No. _____
         **Patricia R. Hawkins**
                                                                                        ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Acres Group** **601 W Liberty St.** **Wauconda, IL 60084** | | | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | X | | | 15,081.05 |
| Account No. **Air-Rite Heating & Cooling** **35286 Eagle Way** **Chicago, IL 60678-1352** | | | | | contingent corporate obligation of Aspen Hills, LLC | X | | | 3,690.00 |
| Account No. **Air-Rite Heating & Cooling** **35286 Eagle Way** **Chicago, IL 60678-1352** | | | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | X | | | 180.25 |
| Account No. **Alcom Aluminum** **31 Industrial Rd** **Addison, IL 60101** | | | | | contingent corporate obligation of Aspen Hills, LLC | X | | | 18,401.57 |

|  |  |
|---|---|
| __26__ continuation sheets attached | Subtotal (Total of this page)   **37,352.87** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          S/N:33609-081118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
     **Patricia R. Hawkins**                                          Case No. _____

                                                     ,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Alcom Aluminum**<br>**31 Industrial Rd**<br>**Addison, IL 60101** | | | | contingent corporate obligation of Riverside Square, LLC | X | | | 290,311.00 |
| Account No.<br><br>**Alcom Aluminum**<br>**31 Industrial Rd.**<br>**Addison, IL 60101** | | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | X | | | 518.50 |
| Account No.<br><br>**All Ways Security**<br>**548 W Peregrine Dr.**<br>**Palatine, IL 60067** | | | | contingent corporate obligation of Aspen Hills, LLC | X | | | 360.00 |
| Account No.<br><br>**Amcore Bank, NA**<br>**1210 S. Alpine Rd.**<br>**Rockford, IL 61108** | J | | | guarantor of Riverside Square LLC and unsecured loan | | | | 11,146,709.00 |
| Account No.<br><br>**American Craig Corp**<br>**PO Box 447**<br>**Summit, IL 60501** | | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | X | | | 3,480.00 |

Sheet no. __1__ of __26__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)        **11,441,378.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**                                      Case No. _____
       **Patricia R. Hawkins**

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3717-112673-41009**  **American Express Box 0001 Los Angeles, CA 90096-0001** | | H | | goods and services | | | | 16,829.37 |
| Account No. **3715-473985-31005**  **American Express Box 0001 Los Angeles, CA 90096-0001** | | H | | goods and services for use in business | | | | 26,939.67 |
| Account No. **3727-169474-83005**  **American Express Box 0001 Los Angeles, CA 90096-8000** | | | | contingent corporate obligation of Aspen Homebuilders, Inc. | X | | | 6,436.08 |
| Account No. **847-428-3548 676 7**  **AT & T PO Box 8100 Aurora, IL 60507-8100** | | | | contingent corporate obligation of Aspen Hills, LLC  Account Numbers:  84742835486767, 84742873506765, 87484473342565, 84783679004850 | X | | | 726.07 |
| Account No. **847-458-1320 695 2**  **AT & T PO Box 8100 Aurora, IL 60507** | | | | contingent corporate obligation of Riverside Square, LLC | X | | | 804.81 |

Sheet no. __**2**___ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,736.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
       **Patricia R. Hawkins**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AXA Equitables**<br>**National Operations Center**<br>**PO Box 1047**<br>**Charlotte, NC 28201-1047** | | H | **loan on life insurance policy #46250894** | | | | 9,546.28 |
| Account No.<br><br>**AXA Equitables**<br>**National Operations Center**<br>**PO Box 1047**<br>**Charlotte, NC 28201-1047** | | H | **laon on life insurance policy #153201128** | | | | 22,222.20 |
| Account No.<br><br>**AXA Equitables**<br>**National Operations Center**<br>**PO Box 1047**<br>**Charlotte, NC 28201-1047** | | W | **loan on life insurance policy #153201141** | | | | 15,500.00 |
| Account No.<br><br>**Barbara Neil**<br>**38 Woodside Drive**<br>**Oakbrook, IL 60523** | | | **Contingent Corporate lender arising from Aspen Homebuilders, Inc.** | X | | | 46,000.00 |
| Account No.<br><br>**Bhupendra R Patel MDSC**<br>**Defined Benefit Plan**<br>**9663 Franklin Park**<br>**Chicago, IL 60131** | | | **Contingent Corporate lender arising from Aspen Homebuilders, Inc.** | X | | | 127,000.00 |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

220,268.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
    **Patricia R. Hawkins**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Briarwood Office Center**<br>**1005 Alexander Court, Unit F**<br>**Cary, IL 60013** | | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 1,539.52 |
| Account No.<br><br>**BSB Design**<br>**1530 East Dundee Road #300**<br>**Palatine, IL 60074** | | | | **contingent corporate obligation of Aspen Hills, LLC** | X | | | 65,362.72 |
| Account No.<br><br>**BSB Design**<br>**1530 East Dundee Road #300**<br>**Palatine, IL 60074** | | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 397,797.80 |
| Account No.<br><br>**BSB Design**<br>**1530 East Dundee Rd #300**<br>**Palatine, IL 60074** | | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 54,812.03 |
| Account No.<br><br>**Builder's Bloc Contracting Co**<br>**707B Davis Rd.**<br>**Elgin, IL 60123** | | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 23,658.84 |

Sheet no. __4__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

543,170.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce W. Hawkins,**                                          Case No. _____
         **Patricia R. Hawkins**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bulldog Excavating**<br>**PO Box 907**<br>**Cary, IL 60013-0907** | | | contingent corporate obligation of Riverside Square, LLC | X | | | 840.00 |
| Account No.<br><br>**Cemcon, Ltd**<br>**2280 White Oak Circle, Ste 100**<br>**Aurora, IL 60502** | | | contingent corporate obligation of Aspen Homebuilders, Inc. | X | | | 360,000.00 |
| Account No.<br><br>**Certified Masonry**<br>**1933 Wright Blvd.**<br>**Shaumburg, IL 60193** | | | contingent corporate obligation of Riverside Square, LLC | X | | | 216,000.00 |
| Account No.<br><br>**Cheryl Fleming**<br>**1909 Bison Lane**<br>**Johnsburg, IL 60051** | | | Contingent Corporate lender arising from Riverside Square, LLC | X | | | 230,000.00 |
| Account No.<br><br>**Christopher Barry**<br>**450 Airport Drive**<br>**Elgin,, IL 60123** | | | Contingent Corporate lender arising from Riverside Square, LLC, Aspen Homebuilders, Inc. and Aspen Hills, LLC | X | | | 2,275,000.00 |

| | |
|---|---|
| Sheet no. __5___ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 3,081,840.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce W. Hawkins,**
**Patricia R. Hawkins**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Christopher Barry and Jean Jodoin c/o Fuller & Berres 69 S. Barrington Rd. Barrington, IL 60010 | X | J | Complaint for Reformation and other relief 08 CH 1416 | | X | X | Unknown |
| Account No. 4271-3828-1467-5191 <br><br>Citi Cards Box 6000 The Lakes, NV 89163-6000 | | H | goods and services | | | | 48,387.76 |
| Account No. 5466-1601-5064-8069 <br><br>Citi Cards Box 6000 The Lakes, NV 89163-6000 | | W | goods and services | | | | 14,958.44 |
| Account No. 7510-7900-0143-5530 <br><br>CitiCard PO Box 6248 Sioux Falls, SD 57117-6248 | | H | goods and services | | | | 29,114.04 |
| Account No. 194710916 <br><br>ComEd Bill Payment Center Chicago, IL 60668 | | | contingent corporate obligation of Aspen Hills, LLC Account numbers: 194710916, 7451018006, 658302387 | X | | | 411.39 |

Sheet no. __6__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,871.63

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
    **Patricia R. Hawkins**                                           Case No. _____

                                                            ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**ComEd** <br>**Bill Payment Center** <br>**Chicago, IL 60668** | | | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 162.85 |
| Account No. 5137083003 <br><br>**ComEd** <br>**Bill Payment Center** <br>**Chicago, IL 60668** | | | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 562.75 |
| Account No. 35001 <br><br>**Cornerstone National Bank** <br>**650 E. Terra Cotta Ave.** <br>**Suite 110** <br>**Crystal Lake, IL 60014** | X | H | | | **guarantor of Aspen Home Builders, Inc.** | | X | | 2,200,000.00 |
| Account No. <br><br>**Darleen B. Allwein** <br>**23 West Street** <br>**Annapolis, MD 21401** | | | | | **Contingent Corporate lender arising from Aspen Homebuilders, Inc** | X | | | 71,000.00 |
| Account No. <br><br>**DBR Design Inc** <br>**1621 Stoneridge Lane** <br>**Algonquin, IL 60102** | | | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 33,480.00 |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,305,205.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
      **Patricia R. Hawkins**                                    Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**DBR Design Inc** <br>**1621 Stoneridge Lane** <br>**Algonquin, IL 60102** | | | **contingent corporate obligation of Aspen at Sunset Ridge, LLC** | X | | | 12,448.00 |
| Account No. **501-8162119-002** <br><br>**Dell Financial Services** <br>**PO Box 5292** <br>**Carol Stream, IL 60197-5292** | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 3,347.95 |
| Account No. **xxx4718** <br><br>**Discover Card** <br>**PO Box 30395** <br>**Salt Lake City, UT 84130-0395** | | W | **goods and services** | | | | 18,318.22 |
| Account No. <br><br>**Don & Ruth Ciaglia** <br>**548 Welch Cir** <br>**Barrington, IL 60010** | | J | **Contingent corporate obligations arising from deposit claims against Riverside Square, LLC** | X | | | 15,000.00 |
| Account No. <br><br>**Douglas Iron Works** <br>**28 W. 019 Industrial Avenue** <br>**Barrington, IL 60010** | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 114,500.00 |

Sheet no. __8___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                        (Total of this page)      163,614.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
    **Patricia R. Hawkins**                                        Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **Dwayne Fiene 3407 Whirlaway Trail Talahassee, FL 32308** | | | | Contingent Corporate lender arising from Riverside Square, LLC | X | | | 81,000.00 |
| Account No.  **ECS Illinois 14026 Thunderbolt Place, Ste 700 Chantilly, VA 20151** | | | | contingent corporate obligation of Riverside Square, LLC | X | | | 1,000.00 |
| Account No.  **Edmund and Carol Wajler 713 West Gilbert Road Palatine, IL 60067** | | | | Contingent Corporate lender arising from Aspen Homebuilders, Inc. | X | | | 65,000.00 |
| Account No.  **First American Bank PO Box 307 Hampshire, IL 60140** | X | J | | guarantor of business loan | | | X | 14,755,801.00 |
| Account No.  **First American Bank 1650 Louis Avenue Elk Grove Village, IL 60007** | | J | | contingent corporate obligation of Hawkins Properties, LLC | X | | | 20,455.36 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      14,923,256.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
 **Patricia R. Hawkins**                                                              Case No. _____
                                                         ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **42367474** | | | deficiency claim after repossession | | | | |
| **Ford Credit** **PO Box 790093** **Saint Louis, MO 63179** | | J | | | | | Unknown |
| Account No. | | | Contingent Corporate warranty obligations arising from Aspen Hills LLC | | | | |
| **Frank & Valerie Krasovec** **1406 Karen Dr** **West Dundee, IL 60108** | | | | | X | | Unknown |
| Account No. | | | Contingent Corporate warranty obligations arising from Aspen Hills LLC | | | | |
| **Greg & Dorothy Klocek** **1358 Karen Dr** **West Dundee, IL 60108** | | | | | X | | Unknown |
| Account No. **6004-3002-0069-5887** | | | contingent corporate obligation of Aspen Homebuilders, Inc. | | | | |
| **HSBC Business Solutions (Menards)** **PO Box 5219** **Carol Stream, IL 60197-5219** | | | | | X | | 5,056.37 |
| Account No. **7737-0409-0157-8022** | | | contingent corporate obligation of Aspen Homebuilders, Inc. | | | | |
| **HSBC Business Solutions(Office Max)** **PO Box 5239** **Carol Stream, IL 60197-5239** | | | | | X | | 563.17 |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,619.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce W. Hawkins,**                                           Case No. _____
         **Patricia R. Hawkins**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Impact Networking**<br>**953 North Point Blvd.**<br>**Waukegan, IL 60085** | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 517.59 |
| Account No.<br><br>**Inland Electric**<br>**611 W Jefferson St**<br>**Shorewood, IL 60431** | | | **contingent corporate obligation of Aspen Hills, LLC** | X | | | 5,553.00 |
| Account No.<br><br>**Inland Electric**<br>**611 W Jefferson St.**<br>**Shorewood, IL 60431** | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 547.89 |
| Account No.<br><br>**Inland Electric**<br>**611 W Jefferson St.**<br>**Shorewood, IL 60431** | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 15,023.54 |
| Account No.<br><br>**J & J Flores Landscaping, Inc**<br>**2830 Hillsboro Lane**<br>**Lake in the Hills, IL 60156** | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 975.00 |

Sheet no. __11__ of __26__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    | 22,617.02 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce W. Hawkins,**                                Case No. _____
        **Patricia R. Hawkins**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jack Horn** <br> **1776 Armitage** <br> **Addision, IL 60101** | | | Contingent Corporate lender arising from Riverside Square, LLC and Aspen Homebuilders, Inc. | | X | | 572,000.00 |
| Account No. <br><br> **Jae Sul** <br> **10 Revere Dr.** <br> **South Barrington, IL 60010** | | J | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | | X | | 24,399.00 |
| Account No. <br><br> **Jean Jodoin** <br> **450 Airport Drive** <br> **Elgin, IL 60123** | | | Contingent Corporate lender arising from Riverside Square, LLC and Aspen Homebuilders, Inc. | | X | | 2,015,000.00 |
| Account No. 3-0722-0002134 <br><br> **John Spot Portable Service** <br> **5050 W Lake Street** <br> **Melrose Park, IL 60160** | | | contingent corporate obligation of Riverside Square, LLC | | X | | 358.22 |
| Account No. <br><br> **Joseph A. Durkin** <br> **3331 N Racine Ave Unit D** <br> **Chicago, IL 60657** | | | Contingent Corporate lender arising from Aspen Homebuilders, Inc. | | X | | 71,000.00 |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,682,757.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce W. Hawkins,**                                                    Case No. _____
          **Patricia R. Hawkins**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Joseph Pantano 1776 Armitage Addision, IL 60101** | | | | Contingent Corporate lender arising from Riverside Square, LLC and Aspen Homebuilders, Inc. | X | | | 572,000.00 |
| Account No. **Kathleen Ricketts-Hager 501 Barton Creek LakeinTheHills, IL 60156** | | J | | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | X | | | 24,399.00 |
| Account No. **Larry Hooker 2125 Hammond Drive Schaumburg, IL 60173** | | | | Contingent Corporate lender arising from Aspen at Sunset Ridge, LLC and Aspen Homebuilders, Inc. | X | | | 1,325,000.00 |
| Account No. **Larry Hooker Real Estate 975 Nimco Drive # H Crystal Lake, IL 60014** | | | | contingent corporate obligation of Aspen Homebuilders, Inc. | X | | | 12,000.00 |
| Account No. **Larry Ottenstein 31 Industrial Road Addison, IL 60101** | | | | Contingent Corporate lender arising from Aspen at Sunset Ridge, LLC, Riverside Square, LLC and Aspen Homebuilders, Inc. | X | | | 892,000.00 |

Sheet no. __13__ of __26__ sheets attached to Schedule of                          Subtotal | 2,825,399.00
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
       **Patricia R. Hawkins**
_____,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | | | | |
| Laura Kransik and Ralph Sproviero 5 Brandywine Rd. South Barrington, IL 60010 | | | J | | X | | | 24,400.00 |
| Account No. | | | | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | | | | |
| LaVerne Hedeen 7892 Sailboat KeyBlvd #608 St. Pete Beach, FL 33707 | | | J | | X | | | 15,000.00 |
| Account No. 03 0612 BG780 | | | | lease of 2005 GX470 | | | | |
| Lexus Financial Services PO Box 4102 Carol Stream, IL 60197 | | | J | | | | | 8,000.00 |
| Account No. | | | | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | | | | |
| Marc Ciaglia 2222 W. Diversey, #412 Chicago, IL 60647 | | | J | | X | | | 15,000.00 |
| Account No. | | | | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | | | | |
| Marc Valadez 4540 Machino St. LakeinTheHills, IL 60056 | | | J | | X | | | 12,200.00 |

Sheet no. __14__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,600.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce W. Hawkins,**
     **Patricia R. Hawkins**                                      ,          Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | | | | |
| McHenry County Lawn Sprinklers 135 Erin Drive Cary, IL 60013 | | | | X | | | 3,209.00 |
| Account No. | | | Contingent Corporate lender arising from Riverside Square, LLC and Aspen Homebuilders, Inc. | | | | |
| Michael Piraino 1776 Armitage Addision, IL 60101 | | | | X | | | 572,000.00 |
| Account No. | | | contingent corporate obligation of Aspen Homebuilders, Inc. | | | | |
| Midwest Material Management PO Box 2091 Aurora, IL 60507-2091 | | | | X | | | 610.44 |
| Account No. | | | contingent corporate obligation of Riverside Square, LLC | | | | |
| Midwest Material Management PO Box 209 Aurora, IL 60507-2091 | | | | X | | | 3,058.30 |
| Account No. | | | Contingent Corporate lender arising from Aspen Homebuilders, Inc. | | | | |
| Mitchell W. and Genevieve A. Gorz 5334 S. Newcastle Chicago, IL 60638 | | | | X | | | 176,000.00 |

Sheet no. __15__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

754,877.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce W. Hawkins,**
        **Patricia R. Hawkins**
        _____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ModSpace** <br> **12603 Collections Center Dr.** <br> **Chicago, IL 60693** | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 9,153.18 |
| Account No. **301707-391** <br><br> **ModSpace** <br> **12603 Collections Center Dr.** <br> **Chicago, IL 60693** | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 2,620.00 |
| Account No. **94895124389, 09345111661** <br><br> **Nicor** <br> **Po Box 2020** <br> **Aurora, IL 60507** | | | **contingent corporate obligation of Aspen Hills, LLC** | X | | | 188.72 |
| Account No. <br><br> **Nowell (Butch) and Janet Fiene &** <br> **1900 River Terrace Drive** <br> **McHenry, IL 60301** | | | **Contingent Corporate lender arising from Riverside Square, LLC** | X | | | 265,000.00 |
| Account No. <br><br> **Overhead Garage Door, Inc** <br> **34691 N Wilson Rd** <br> **Ingleside, IL 60041-9296** | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 220.00 |

Sheet no. **16** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

277,181.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce W. Hawkins,**
    **Patricia R. Hawkins**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Paice Design Painting**<br>**27992 W Route 120 Unit 24**<br>**Lakemoor, IL 60051** | | | | | **contingent corporate obligation of Aspen Hills, LLC** | X | | | 1,912.00 |
| Account No.<br><br>**Phillip Zeidman**<br>**906 Dorset**<br>**Northbrook, IL 60062** | | | | | **Contingent Corporate lender arising from Aspen at Sunset Ridge, LLC,  Aspen Homebuilders, Inc. and Aspen Hills, LLC** | X | | | 440,000.00 |
| Account No.<br><br>**Phillip Zeidman**<br>**906 Dorset**<br>**Northbrook, IL 60062** | J | | | | **contingent corporate obligation, deposit creditor of Riverside Square, LLC** | | | | 107,000.00 |
| Account No.<br><br>**Pinderski & Pinderski**<br>**115 West Colfax St.**<br>**Palatine, IL 60067** | | | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 44,347.63 |
| Account No.<br><br>**Pinderski & Pinderski**<br>**115 West Colfax Street**<br>**Palatine, IL 60067** | | | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 88,695.25 |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

681,954.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
       **Patricia R. Hawkins**                                                Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent corporate obligation of Aspen Hills, LLC | | | | |
| Pinderski & Pinderski 115 West Colfax Street Palatine, IL 60067 | | J | | | | | |
| | | | | | | | 44,347.63 |
| Account No. | | | contingent corporate obligation of Aspen Homebuilders, Inc. | | | | |
| Pirtano Construction Co 1766 Armitage Ct. Addison, IL 60101 | | | | X | | | |
| | | | | | | | 4,483.20 |
| Account No. | | | contingent corporate obligation of Riverside Square, LLC | | | | |
| Pirtano Construction Co 1766 Armitage Ct Addison, IL 60101 | | | | X | | | |
| | | | | | | | 15,359.00 |
| Account No. | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | | | | |
| Pirtano Construction Co 1766 Armitage Ct. Addison, IL 60101 | | | | X | | | |
| | | | | | | | 3,305.50 |
| Account No. 9308439 | | | contingent corporate obligation of Aspen Homebuilders, Inc. | | | | |
| Pitney Bowes PO Box 856460 Louisville, IL 40285-6460 | | | | X | | | |
| | | | | | | | 140.14 |

Sheet no. __18__ of __26__ sheets attached to Schedule of                    Subtotal                67,635.47
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
       **Patricia R. Hawkins**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  Plante & Moran, PLLC 2155 Point Blvd. Elgin, IL 60123 | | | | | contingent corporate obligation of Aspen Homebuilders, Inc. | X | | | 31,676.05 |
| Account No.  Plante & Moran, PLLC 2155 Point Blvd, Suite 200 Elgin, IL 60123 | | | | | contingent corporate obligation of Riverside Square, LLC | X | | | 1,012.50 |
| Account No.  Plante & Moran, PLLC 2155 Point Blvd, Suite 200 Elgin, IL 60123 | | | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | X | | | 6,489.99 |
| Account No.  Professional Plumbing Inc. 1435 S Barrington RD. Barrington, IL 60010 | | | | | contingent corporate obligation of Aspen Hills, LLC | X | | | 46,049.00 |
| Account No.  Professional Plumbing Inc. 1435 S Barrington RD Barrington, IL 60010 | | | | | contingent corporate obligation of Riverside Square, LLC | X | | | 286,935.00 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

372,162.54

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bruce W. Hawkins,**
       **Patricia R. Hawkins**                                                    Case No. _____

                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Professional Plumbing Inc.**<br>**1435 S Barrington RD**<br>**Barrington, IL 60010** | | | **contingent corporate obligation of Aspen at Sunset Ridge, LLC** | X | | | 80.00 |
| Account No.<br><br>**R & D Thiel**<br>**2340 Newburg Road**<br>**Belvidere, IL 61008** | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 594,839.00 |
| Account No.<br><br>**R&R Custom Cabinetmaking**<br>**515 S Vermont St, Suite B**<br>**Palatine, IL 60067** | | | **contingent corporate obligation of Aspen Hills, LLC** | X | | | 2,350.00 |
| Account No.<br><br>**R.M Deisgn Studio, Ltd.**<br>**c/o Fischel & Kahn Ltd.**<br>**19 S. LaSalle St., Suite 2850**<br>**Chicago, IL 60603** | | J | **Arbitration Award** | | | | 73,376.00 |
| Account No.<br><br>**Randall W Bus**<br>**2S351 Canterbury Court**<br>**Glen Ellyn, IL 60137** | | | **Contingent Corporate lender arising from Aspen at Sunset Ridge, LLC and Aspen Homebuilders, Inc.** | X | | | 860,000.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,530,645.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce W. Hawkins,**              Case No. _____
  **Patricia R. Hawkins**

_____,
           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Residential Contract Carpet<br>1400 Hicks Rd, Rolling Meadows<br>Rolling Meadows, IL 60008** | | | contingent corporate obligation of Aspen Hills, LLC | X | | | 18,020.00 |
| Account No.<br><br>**Residential Contract Carpet<br>1400 Hicks Rd.<br>Rolling Meadows, IL 60008** | | | contingent corporate obligation of Aspen Homebuilders, Inc. | X | | | 150.00 |
| Account No.<br><br>**Richard A. and Bette Wagner<br>21 W 661 Bemis Road<br>Glen Ellyn, IL 60137** | | | Contingent Corporate lender arising from Aspen Homebuilders, Inc. | X | | | 71,000.00 |
| Account No.<br><br>**RM Design Studio, Ltd.<br>850 W. Bartlett Rd., Suite C<br>Bartlett, IL 60103** | | J | Arbitration award corporate obligation | X | | X | 73,371.00 |
| Account No.<br><br>**Robert Rohlwing<br>812 Bridle Lane<br>Cary, IL 60013** | | J | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | X | | | 24,400.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
                (Total of this page)  **186,941.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce W. Hawkins,**         Case No. _____
     **Patricia R. Hawkins**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Roberts, Simon, & Even <br> 1620 Colonial Parkway <br> Inverness, IL 60067 | | | contingent corporate obligation of Aspen at Sunset Ridge, LLC | X | | | 32,298.41 |
| Account No. <br><br> Romano's Tile <br> 245 Beinoris Dr. <br> Wood Dale, IL 60191 | | | contingent corporate obligation of Aspen Homebuilders, Inc. | X | | | 5,800.00 |
| Account No. <br><br> Roy & Sandra Rehfeldt <br> 3940 Willow View <br> LakeinTheHills, IL 60156 | | J | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | X | | | 24,400.00 |
| Account No. <br><br> RSC Equipment Rental <br> 2201 E. Higgins Road <br> Elk Grove Village, IL 60007 | | | contingent corporate obligation of Riverside Square, LLC | X | | | 3,250.80 |
| Account No. <br><br> SASI <br> 135 West Wells St., Ste 500 <br> Milwaukee, WI 53203 | | | contingent corporate obligation of Aspen Homebuilders, Inc. | X | | | 1,007.75 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,756.96

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce W. Hawkins,**
    **Patricia R. Hawkins**                                          Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Seton Engineering**<br>**19 South Bothwell St.**<br>**Palatine, IL 60067-6100** | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | X | | | 48,703.69 |
| Account No.<br><br>**Seton Engineering**<br>**19 South Bothwell St.**<br>**Palatine, IL 60067-6100** | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 7,430.71 |
| Account No.<br><br>**Sunset Logistics**<br>**PO Box 1113**<br>**Crystal Lake, IL 60039-1113** | | | **contingent corporate obligation of Riverside Square, LLC** | X | | | 1,877.82 |
| Account No.<br><br>**Superior Paving, Inc.**<br>**c/o Soffietti, Johnson et al.**<br>**74 E. Grand Ave.**<br>**Fox Lake, IL 60020** | X | J | **Aspen at Sunset Ridge, LLC**<br>**Contigent corporate obligation** | X | | X | 53,725.00 |
| Account No.<br><br>**Susan & Allan Friestad**<br>**3431 Bellwood Lane**<br>**Glenview, IL 60026** | | J | **Contingent corporate obligations arising from deposit claims against Riverside Square, LLC** | X | | | 24,399.50 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **136,136.72**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bruce W. Hawkins,**                                 Case No. _____

           **Patricia R. Hawkins**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **76196**<br><br>**Tel Assist**<br>**6417 West 87th Street, Ste. 3**<br>**Oak Lawn, IL 60453** | | | | **contingent corporate obligation of Aspen Hills, LLC** | | X | | 87.25 |
| Account No.<br><br>**Terrance Investments LLC**<br>**345 N. Quentin Rd.**<br>**Palatine, IL 60067** | | J | | **Contingent corporate obligations arising from deposit claims against Riverside Square, LLC** | | X | | 41,899.00 |
| Account No.<br><br>**Terrance Investments LLC**<br>**345 N. Quentin Rd.**<br>**Palatine, IL 60067** | | J | | **Contingent corporate obligations arising from deposit claims against Riverside Square, LLC** | | X | | 23,799.00 |
| Account No.<br><br>**Testing Service Corporation**<br>**360 S Main Place**<br>**Carol Stream, IL 60188** | | | | **contingent corporate obligation of Aspen Homebuilders, Inc.** | | X | | 2,236.00 |
| Account No.<br><br>**Tom Marcanti**<br>**1337 Cary Rd.**<br>**Algonquin, IL 60102** | | J | | **Contingent corporate obligations arising from deposit claims against Riverside Square, LLC** | | X | | 24,400.00 |

Sheet no. __24__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,421.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Bruce W. Hawkins,**
**Patricia R. Hawkins**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | | | | |
| Wayne Bigolin 39834 N. Long Dr. Antioch, IL 60002 | | | J | | | X | | | 24,400.00 |
| Account No. | | | | | contingent corporate obligation of Aspen Hills, LLC | | | | |
| Wilkin Insulation 501 W Carboy Rd, Mt Prospect Mt. Pospect, IL 60056-5791 | | | | | | X | | | 690.00 |
| Account No. | | | | | contingent corporate obligation of Riverside Square, LLC | | | | |
| Wilkin Insulation 501 W Carboy Rd Mt. Prospect, IL 60056-5791 | | | | | | X | | | 3,290.00 |
| Account No. | | | | | Contingent Corporate warranty obligations arising from Aspen Hills LLC | | | | |
| William Allen 1312 Karen Dr West Dundee, IL 60108 | | | | | | X | | | Unknown |
| Account No. | | | | | Contingent corporate obligations arising from deposit claims against Riverside Square, LLC | | | | |
| Zachary Karp 2606 Wessex Dr. West Dundee, IL 60018 | | | J | | | X | | | 24,399.00 |

Sheet no. __25__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,779.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bruce W. Hawkins,**                                          Case No. _____
         **Patricia R. Hawkins**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Zoralyn Stahl**<br>**1132 W. Lunt Ave, # 9C**<br>**Chicago, IL 60626** | | | | | **Contingent Corporate lender arising from Aspen Homebuilders, Inc.** | X | | | **379,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **379,000.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **43,070,179.76** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Bruce W. Hawkins,**                                    Case No. _____

        **Patricia R. Hawkins**

_____,
                               Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lexus Financial Services**<br>**PO Box 4102**<br>**Carol Stream, IL 60197** | **lease of 2005**<br>**GX 470 matures 11/01/09 @ $676.45/month** |

 

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                            Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Bruce W. Hawkins,**                                                    Case No. _____
         **Patricia R. Hawkins**
_____,
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Aspen at Sunset Ridge LLC** | **First American Bank**<br>**PO Box 307**<br>**Hampshire, IL 60140** |
| **Aspen at Sunset Ridge, LLC** | **Superior Paving, Inc.**<br>**c/o Soffietti, Johnson et al.**<br>**74 E. Grand Ave.**<br>**Fox Lake, IL 60020** |
| **Aspen Hills, LLC** | **First American Bank**<br>**PO Box 307**<br>**Hampshire, IL 60140** |
| **Aspen Homebuilders, Inc.** | **American Express** |
| **Aspen Homebuilders, Inc.** | **Christopher Barry and Jean Jodoin**<br>**c/o Fuller & Berres**<br>**69 S. Barrington Rd.**<br>**Barrington, IL 60010** |
| **Aspen Homebuilders, Inc.** | **First American Bank**<br>**PO Box 307**<br>**Hampshire, IL 60140** |
| **Aspen Homebuilders, Inc.** | **Cornerstone National Bank**<br>**650 E. Terra Cotta Ave.**<br>**Suite 110**<br>**Crystal Lake, IL 60014** |
| **CemCon, Ltd.** | **First American Bank**<br>**PO Box 307**<br>**Hampshire, IL 60140** |
| **Riverside Square LLC** | **Christopher Barry and Jean Jodoin**<br>**c/o Fuller & Berres**<br>**69 S. Barrington Rd.**<br>**Barrington, IL 60010** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Bruce W. Hawkins**
**Patricia R. Hawkins**
_____    Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **manager** | **office manager** |
| Name of Employer | **Aspen Home Builders** | **Aspen Home Builders** |
| How long employed | **8 years** | **10 years** |
| Address of Employer | **1481 Merchart Drive** **Algonquin, IL 60102** | **1481 Merchant Drive** **Algonquin, IL 60102** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | |
| (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | |
| (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **0.00** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **0.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Bruce W. Hawkins**
**Patricia R. Hawkins**                                              Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,845.00 |
|    a. Are real estate taxes included?  Yes **X**  No ___ | | |
|    b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 415.00 |
|    b. Water and sewer | $ | 100.00 |
|    c. Telephone | $ | 100.00 |
|    d. Other  **Cable (basic)** | $ | 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 347.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other  **See Detailed Expense Attachment** | $ | 2,069.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|    Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **8,506.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 8,506.00 |
| c.   Monthly net income (a. minus b.) | $ | -8,506.00 |

B6J (Official Form 6J) (12/07)

In re    **Bruce W. Hawkins**
**Patricia R. Hawkins**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| Citizens Automobile Finance | $ | 1,092.00 |
| North Shore Bank | $ | 301.00 |
| 2005 Lexus | $ | 676.00 |
| **Total Other Installment Payments** | $ | **2,069.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Bruce W. Hawkins**
**Patricia R. Hawkins**
Debtor(s)

Case No.
Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __41__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January  5, 2009**        Signature  **/s/ Bruce W. Hawkins**
**Bruce W. Hawkins**
Debtor

Date  **January  5, 2009**        Signature  **/s/ Patricia R. Hawkins**
**Patricia R. Hawkins**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bruce W. Hawkins**
        **Patricia R. Hawkins**                                    Case No. _____

                                         Debtor(s)                   Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $210,692.00 | 2007 wages |
| $217,846.00 | 2006 wages |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,265.00** | **2007 interest** |
| **$40,323.00** | **2007 health/life insurance shareholder** |
| **$170,753.00** | **2006 interest** |
| **$38,172.00** | **2006 health/life insurance shareholder** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Aspen Homebuilders, Inc.** | **Oct., Nov., Dec.** | **$20,000.00** | **$0.00** |
| **Chase** <br> **PO Box 9001871** <br> **Louisville, KY** | **Oct., Nov. Dec.** | **$11,861.00** | **$374,642.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Querrey & Harrow** <br> **175 W. Jackson Boulevard, Suite 1600** <br> **Chicago, IL 60604** | **10/1/2008** | **$2,850.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RM Design Studio Ltd. 08 CH 34861** | **breach of contract** | **Cook County** | **pending** |
| **Cornerstone National Bank 08 CH 2773** | **breach of contract** | **Kane County** | **pending** |
| **First American Bank 08 CH 3376** | **Foreclosure** | **Kane County** | **pending** |
| **First American Bank  08 CH 3384** | **foreclosurre** | **Kane County** | **pending** |
| **First American Bank 08 L 011807** | **Breach of Contract** | **Cook County** | **pending** |
| **Christopher Barry and Jean Jodoin 08 CH 1416** | **breach of contract** | **McHenry County** | **pending** |
| **Superior Paving, Inc. 08 L 0341** | **Breach of contract** | **Lake County** | **pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Querrey & Harrow** **175 W. Jackson Boulevard, Suite 1600** **Chicago, IL 60604** | **October, 2008 - Debtor** **November, 2008  Aspen Homebuilders, Inc.** | **$3,750.00** **$5,049.00** |
| **Consumer Credit Counseling Service of Atlanta** **100 Edgewood Ave., Suite 1800** **Atlanta, GA 30303** | **October 2008** | **$75.00** |

**10. Other transfers**

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Riverside Square LLC, an IL LLC** | 20-5320725 | **100 Main Street Algonquin, IL 60102** | **real estate development company** | **2006 - present** |
| **Aspen Hills, LLC, an IL LLC** | 20-1854239 | **1425 Karen Drive West Dundee, IL** | **real estate development company** | **2004-present** |
| **Aspen at Sunset Ridge, LLC** | 35-2171736 | **315 Hill Street Wauconda, IL** | **real estate development company** | **2002-present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Hawkins Properties, LLC** | 20-0714831 | **1481 Merchant Drive Algonquin, IL 60102** | **real estate development company** | **2004-present** |
| **Aspen Homebuilders, Inc.** | 36-4124420 | **1481 Merchant Drive Algonquin, IL 60102** | **real estate development company** | **2000-present** |

None
☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Riverside Square LLC, an IL LLC** | **100 Main Street Algonquin, IL 60102** |
| **Aspen Hills, LLC, an IL LLC** | **1425 Karen Drive West Dundee, IL** |
| **Aspen at Sunset Ridge, LLC** | **315 Hill Street Wauconda, IL** |
| **Hawkins Properties, LLC** | **1481 Merchant Drive Algonquin, IL 60102** |
| **Aspen Homebuilders, Inc.** | **1481 Merchant Drive Algonquin, IL 60102** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Plante & Moran, PLLC 2155 Point Blvd. Suite 200 Elgin, IL 60123** | **2003 to present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

8

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                   NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                         DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

9

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  __**January  5, 2009**_____        Signature  __**/s/ Bruce W. Hawkins**_____
                                                         **Bruce W. Hawkins**
                                                         Debtor


Date  __**January  5, 2009**_____        Signature  __**/s/ Patricia R. Hawkins**_____
                                                         **Patricia R. Hawkins**
                                                         Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce W. Hawkins
Patricia R. Hawkins
_____    Case No. _____
                                    Debtor(s)    Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**1st Mortgage**<br>**510 Harper Dr.**<br>**Algonquin** |

Property will be (check one):

☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Lexus Financial Services** | **Describe Leased Property:**<br>**lease of 2005**<br>**GX 470 matures 11/01/09 @ $676.45/month** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **January  5, 2009**            Signature    **/s/ Bruce W. Hawkins**
                                                        **Bruce W. Hawkins**
                                                        Debtor

Date    **January  5, 2009**            Signature    **/s/ Patricia R. Hawkins**
                                                        **Patricia R. Hawkins**
                                                        Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bruce W. Hawkins**
**Patricia R. Hawkins** _____  Case No. _____

Debtor(s)    Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $     **7,799.00**

   Prior to the filing of this statement I have received ............................................. $     **7,799.00**

   Balance Due .................................................................................................... $     **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **October, 2008 - Debtor $3,750.00**
   **November, 2008  Aspen Homes, Inc.  - 4,049.00**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January  5, 2009**_____    **/s/ Robert R. Benjamin**_____
**Robert R. Benjamin 0170429**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000  Fax: (312)540-0578**
**rbenjamin@querrey.com**

---

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Robert R. Benjamin 0170429 | X | /s/ Robert R. Benjamin | January  5, 2009 |
|---|---|---|---|
| Printed Name of Attorney | | Signature of Attorney | Date |

Address:
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000**
**rbenjamin@querrey.com**

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Bruce W. Hawkins | | | |
| Patricia R. Hawkins | X | /s/ Bruce W. Hawkins | January  5, 2009 |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) | X | /s/ Patricia R. Hawkins | January  5, 2009 |
| | | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Bruce W. Hawkins**
**Patricia R. Hawkins**
Debtor(s)

Case No. _____

Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                   **125**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January  5, 2009**           **/s/ Bruce W. Hawkins**

                                        **Bruce W. Hawkins**

                                        Signature of Debtor

Date:   **January  5, 2009**           **/s/ Patricia R. Hawkins**

                                        **Patricia R. Hawkins**

                                        Signature of Debtor

Acres Group
601 W Liberty St.
Wauconda, IL 60084


Air-Rite Heating & Cooling
35286 Eagle Way
Chicago, IL 60678-1352


Alcom Aluminum
31 Industrial Rd
Addison, IL 60101


Alcom Aluminum
31 Industrial Rd.
Addison, IL 60101


All Ways Security
548 W Peregrine Dr.
Palatine, IL 60067


Amcore Bank, NA
1210 S. Alpine Rd.
Rockford, IL 61108


American Craig Corp
PO Box 447
Summit, IL 60501


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-8000


Aspen at Sunset Ridge LLC


Aspen at Sunset Ridge, LLC


Aspen Hills, LLC

Aspen Homebuilders, Inc.


AT & T
PO Box 8100
Aurora, IL 60507-8100


AT & T
PO Box 8100
Aurora, IL 60507


AXA Equitables
National Operations Center
PO Box 1047
Charlotte, NC 28201-1047


Barbara Neil
38 Woodside Drive
Oakbrook, IL 60523


Bhupendra R Patel MDSC
Defined Benefit Plan
9663 Franklin Park
Chicago, IL 60131


Briarwood Office Center
1005 Alexander Court, Unit F
Cary, IL 60013


BSB Design
1530 East Dundee Road #300
Palatine, IL 60074


BSB Design
1530 East Dundee Rd #300
Palatine, IL 60074


Builder's Bloc Contracting Co
707B Davis Rd.
Elgin, IL 60123


Bulldog Excavating
PO Box 907
Cary, IL 60013-0907

Cemcon, Ltd
2280 White Oak Circle, Ste 100
Aurora, IL 60502


CemCon, Ltd.


Certified Masonry
1933 Wright Blvd.
Shaumburg, IL 60193


Chase
PO Box 9001871
Louisville, KY


Cheryl Fleming
1909 Bison Lane
Johnsburg, IL 60051


Christopher Barry
450 Airport Drive
Elgin,, IL 60123


Christopher Barry and Jean Jodoin
c/o Fuller & Berres
69 S. Barrington Rd.
Barrington, IL 60010


Citi Cards
Box 6000
The Lakes, NV 89163-6000


CitiCard
PO Box 6248
Sioux Falls, SD 57117-6248


Citizen's Automobile Finance
PO Box 42002
Providence, RI 02940


ComEd
Bill Payment Center
Chicago, IL 60668

Cornerstone National Bank
650 E. Terra Cotta Ave.
Suite 110
Crystal Lake, IL 60014


Darleen B. Allwein
23 West Street
Annapolis, MD 21401


DBR Design Inc
1621 Stoneridge Lane
Algonquin, IL 60102


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197-5292


Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395


Don & Ruth Ciaglia
548 Welch Cir
Barrington, IL 60010


Douglas Iron Works
28 W. 019 Industrial Avenue
Barrington, IL 60010


Dwayne Fiene
3407 Whirlaway Trail
Talahassee, FL 32308


ECS Illinois
14026 Thunderbolt Place, Ste 700
Chantilly, VA 20151


Edmund and Carol Wajler
713 West Gilbert Road
Palatine, IL 60067


First American Bank
PO Box 307
Hampshire, IL 60140

First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007


Ford Credit
PO Box 790093
Saint Louis, MO 63179


Frank & Valerie Krasovec
1406 Karen Dr
West Dundee, IL 60108


Greg & Dorothy Klocek
1358 Karen Dr
West Dundee, IL 60108


Harris Bank Barrington
PO Box 6201
Carol Stream, IL 60197


HSBC Business Solutions (Menards)
PO Box 5219
Carol Stream, IL 60197-5219


HSBC Business Solutions(Office Max)
PO Box 5239
Carol Stream, IL 60197-5239


Impact Networking
953 North Point Blvd.
Waukegan, IL 60085


Inland Electric
611 W Jefferson St
Shorewood, IL 60431


Inland Electric
611 W Jefferson St.
Shorewood, IL 60431


J & J Flores Landscaping, Inc
2830 Hillsboro Lane
Lake in the Hills, IL 60156

Jack Horn
1776 Armitage
Addision, IL 60101


Jae Sul
10 Revere Dr.
South Barrington, IL 60010


Jean Jodoin
450 Airport Drive
Elgin, IL 60123


John Spot Portable Service
5050 W Lake Street
Melrose Park, IL 60160


Joseph A. Durkin
3331 N Racine Ave Unit D
Chicago, IL 60657


Joseph Pantano
1776 Armitage
Addision, IL 60101


Kathleen Ricketts-Hager
501 Barton Creek
LakeinTheHills, IL 60156


Larry Hooker
2125 Hammond Drive
Schaumburg, IL 60173


Larry Hooker Real Estate
975 Nimco Drive # H
Crystal Lake, IL 60014


Larry Ottenstein
31 Industrial Road
Addison, IL 60101


Laura Kransik and Ralph Sproviero
5 Brandywine Rd.
South Barrington, IL 60010

LaVerne Hedeen
7892 Sailboat KeyBlvd #608
St. Pete Beach, FL 33707


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197


Marc Ciaglia
2222 W. Diversey, #412
Chicago, IL 60647


Marc Valadez
4540 Machino St.
LakeinTheHills, IL 60056


McHenry County Lawn Sprinklers
135 Erin Drive
Cary, IL 60013


Michael Piraino
1776 Armitage
Addision, IL 60101


Midwest Material Management
PO Box 2091
Aurora, IL 60507-2091


Midwest Material Management
PO Box 209
Aurora, IL 60507-2091


Mitchell W. and Genevieve A. Gorz
5334 S. Newcastle
Chicago, IL 60638


ModSpace
12603 Collections Center Dr.
Chicago, IL 60693


Nicor
Po Box 2020
Aurora, IL 60507

North Shore Bk
15700 W. Bluemound Rd.
Brookfield, WI 53005


Nowell (Butch) and Janet Fiene &
1900 River Terrace Drive
McHenry, IL 60301


Overhead Garage Door, Inc
34691 N Wilson Rd
Ingleside, IL 60041-9296


Paice Design Painting
27992 W Route 120 Unit 24
Lakemoor, IL 60051


Phillip Zeidman
906 Dorset
Northbrook, IL 60062


Pinderski & Pinderski
115 West Colfax St.
Palatine, IL 60067


Pinderski & Pinderski
115 West Colfax Street
Palatine, IL 60067


Pirtano Construction Co
1766 Armitage Ct.
Addison, IL 60101


Pirtano Construction Co
1766 Armitage Ct
Addison, IL 60101


Pitney Bowes
PO Box 856460
Louisville, IL 40285-6460


Plante & Moran, PLLC
2155 Point Blvd.
Elgin, IL 60123

Plante & Moran, PLLC
2155 Point Blvd, Suite 200
Elgin, IL 60123


Professional Plumbing Inc.
1435 S Barrington RD.
Barrington, IL 60010


Professional Plumbing Inc.
1435 S Barrington RD
Barrington, IL 60010


R & D Thiel
2340 Newburg Road
Belvidere, IL 61008


R&R Custom Cabinetmaking
515 S Vermont St, Suite B
Palatine, IL 60067


R.M Deisgn Studio, Ltd.
c/o Fischel & Kahn Ltd.
19 S. LaSalle St., Suite 2850
Chicago, IL 60603


R.M. Design Studio, Ltd.
c/o Fischel & Kahn, Ltd.
190 S. LaSalle St., Suite 2850
Chicago, IL 60603


Ralph Sproviero Laura Kransik
140 Salford Drive
Algonquin, IL 60102


Randall W Bus
2S351 Canterbury Court
Glen Ellyn, IL 60137


Residential Contract Carpet
1400 Hicks Rd, Rolling Meadows
Rolling Meadows, IL 60008


Residential Contract Carpet
1400 Hicks Rd.
Rolling Meadows, IL 60008

Richard A. and Bette Wagner
21 W 661 Bemis Road
Glen Ellyn, IL 60137


Riverside Square LLC



RM Design Studio, Ltd.
850 W. Bartlett Rd., Suite C
Bartlett, IL 60103


Robert Rohlwing
812 Bridle Lane
Cary, IL 60013


Roberts, Simon, & Even
1620 Colonial Parkway
Inverness, IL 60067


Romano's Tile
245 Beinoris Dr.
Wood Dale, IL 60191


Roy & Sandra Rehfeldt
3940 Willow View
LakeinTheHills, IL 60156


RSC Equipment Rental
2201 E. Higgins Road
Elk Grove Village, IL 60007


SASI
135 West Wells St., Ste 500
Milwaukee, WI 53203


Seton Engineering
19 South Bothwell St.
Palatine, IL 60067-6100


Sunset Logistics
PO Box 1113
Crystal Lake, IL 60039-1113

Superior Paving
c/o Soffietti Johnson et al
PO Box 86
Fox Lake, IL 60020


Superior Paving
PO Box 98
Fox Lake, IL 60020


Superior Paving, Inc.
c/o Soffietti, Johnson et al.
74 E. Grand Ave.
Fox Lake, IL 60020


Susan & Allan Friestad
3431 Bellwood Lane
Glenview, IL 60026


Tel Assist
6417 West 87th Street, Ste. 3
Oak Lawn, IL 60453


Terrance Investments LLC
345 N. Quentin Rd.
Palatine, IL 60067


Testing Service Corporation
360 S Main Place
Carol Stream, IL 60188


Tom Marcanti
1337 Cary Rd.
Algonquin, IL 60102


Wayne Bigolin
39834 N. Long Dr.
Antioch, IL 60002


Wilkin Insulation
501 W Carboy Rd, Mt Prospect
Mt. Pospect, IL 60056-5791


Wilkin Insulation
501 W Carboy Rd
Mt. Prospect, IL 60056-5791

William Allen
1312 Karen Dr
West Dundee, IL 60108


Zachary Karp
2606 Wessex Dr.
West Dundee, IL 60018


Zoralyn Stahl
1132 W. Lunt Ave, # 9C
Chicago, IL 60626